United States Court of Appeals
 for the district of columbia circuit
 
 
 
No. 98-1433 September Term, 1999

Peter O'Dovero d/b/a Associated Constructors, and
O'Dovero Construction, Inc.,
 Petitioners
 
v.

National Labor Relations Board,
 Respondent
 

 On Petition for Review and Cross-Application for Enforcement
 of an Order of the National Labor Relations Board
 
 
 

 Before: Sentelle, Randolph and Rogers, Circuit Judges.

 O R D E R

 It is ORDERED by the Court, that the opinion filed October 22, 1999, be amended as
follows:

 On page 7, the first complete sentence at line 4, should read as follows:

 "That work was assigned to O'Dovero employees after the Union attempted to 
 organize Associated, and after the Union had filed its 1995 unfair labor practices
 complaint, demonstrates only that there might have been other, earlier opportunities
 for Peter O'Dovero to develop anti-union animus and does not demonstrate that..."

 PER CURIAM
FOR THE COURT:
Mark J. Langer, Clerk

Filed on October 22, 1999